Kevin C. Boyle, Esq. (SBN 190533)
LAW OFFICES OF KEVIN C. BOYLE
5000 North Parkway Calabasas, Suite 110
Calabasas, CA 91302

Telephone: (818) 591-1755
Facsimile: (818) 591-1756

Attorney for Plaintiff,
Alfredo Guevara

E-FILED 02/10/12

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GUEVARA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AVALONBAY COMMUNITIES, et al.,<br><br>　　　　Defendants. | CASE NO.: CV11-3240 PSG (MANx)<br><br>ORDER TO DISMISS PURSUANT TO STIPULATION OF THE PARTIES |

Pursuant to the Stipulation of the parties to dismiss the within action:

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice.

Dated: 02/10/12

_____
Hon. Philip S. Gutierrez

1