Kevin C. Boyle, Esq. (SBN 190533)
LAW OFFICES OF KEVIN C. BOYLE
5000 North Parkway Calabasas, Suite 110
Calabasas, CA 91302

Telephone: (818) 591-1755
Facsimile: (818) 591-1756

Attorney for Plaintiff,
Alfredo Guevara

E-FILED 02/10/12
JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GUEVARA, | CASE NO.: CV11-3240 PSG (MANx) |
| Plaintiff, | |
| v. | ORDER TO DISMISS PURSUANT TO STIPULATION OF THE PARTIES |
| AVALONBAY COMMUNITIES, et al., | |
| Defendants. | |

Pursuant to the Stipulation of the parties to dismiss the within action:

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice.

Dated: 02/10/12

_____

Hon. Philip S. Gutierrez

1